UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY,                                                    Case No. 12-cv-14479

        Plaintiff,                                        HONORABLE STEPHEN J. MURPHY, III

v.

AARON WALLACE,

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 14), **AND
GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** (docket no. 10)

This matter is before the Court on the motion for default judgment filed by Plaintiff

State Farm Fire and Casualty Company ("State Farm"). ECF No. 10. By its complaint, State

Farm sought a declaratory judgment that it had no duty to defend or indemnify its insured,

Defendant Aaron Wallace, in an underlying action, *Robert Hahn v. South Lyon Hotel and*

*Aaron Wallace,* Oakland County Circuit Court Case No. 2-124438-NO. Wallace failed to

respond to the complaint, and the Clerk of the Court entered default against him. Default,

ECF No. 9.  State Farm then moved for default judgment. The Court referred the matter to

a magistrate judge who issued a report and recommendation, recommending granting the

motion. Report, ECF No. 14. The report was served on all parties on April 3, 2013. Neither

party filed objections.

The Court has reviewed the magistrate judge's report, along with State Farm's

complaint and motion, and agrees with the magistrate judge's recommendation.

Accordingly, the Court will grant State Farm's motion for default judgment (docket no.10).

**WHEREFORE** it is hereby **ORDERED** that the report and recommendation (docket no. 14) is **ADOPTED** and Plaintiff's motion for default judgment (docket no. 10) is **GRANTED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 30, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2013, by electronic and/or ordinary mail.

Carol Cohron
Case Manager

2